───────────── THE ─────────────
# UGELL LAW FIRM, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

• CRIMINAL DEFENSE • CONSUMER BANKRUPTCY • REAL ESTATE • FORECLOSURE DEFENSE •
• LOAN MODIFICATION • MATRIMONIAL & FAMILY LAW • WILLS & ESTATES •

| | | |
|---|---|---|
| **SCOTT B. UGELL, ESQ.**<br>SCOTT@UGELLLAW.COM<br>EXTENSION: 101<br><br>**ADMITTED IN:**<br>NY, FEDERAL, AND U.S. SUPREME | 151 N. MAIN STREET, STE #202<br>NEW CITY, NEW YORK 10956<br>WWW.UGELLLAW.COM<br>OFFICE: (845) 639-7011<br>FAX: (845) 639-7004 | **PAUL S. COOPER, ESQ.**<br>PAUL@UGELLLAW.COM<br>EXTENSION: 102<br><br>**ADMITTED IN:**<br>NY AND FEDERAL COURT |

September 24, 2018                                          **VIA ECF & Email**

Hon. Robert D. Drain
US Bankruptcy Court
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601
Email: rdd.chambers@nysb.uscourts.gov

Re: Hershy Itzkowitz – Chapter 13 Case #18-23342
    Request for Adjournment of 9/26/2018 Hearing - Motion for In Rem Relief From the Automatic Stay

Dear Judge Drain:

I am respectfully requesting an adjournment of this matter to allow me time to confer with my client in order to respond to movant's motion for which a hearing in scheduled before Your Honor on September 26.

I filed a Notice of Appearance in this matter on September 17, 2018, and due to that fact, opposing counsel graciously agreed to extend my time to respond until September 25, 2018, and Your Honor so ordered same on September 21, 2018.

My client is devoutly religious. When I requested of opposing counsel that the time to respond be extended to September 25, I was unfortunately unaware that the 24th and 25th of September were part of the Sukkot holiday. As a devout person, my client is unable to participate in the formulation of our response at all on September 24, and not until after sundown on September 25th. Due to Yom Kippur observance and other scheduling issues, I was not made aware of this problem until late in the afternoon of September 21.

I know that opposing counsel does not want to adjourn the hearing on the matter, but due to this religious schedule conflict, I humbly request an adjournment for enough time to formulate a proper response with my client's input, and subsequently for opposing to have time to make his response.

Thank you.

Very truly yours,

*[signature]* /cg

Scott B. Ugell, Esq.
SBU/cg

cc:     Jeremy S. Sussman, Esq.
        Krista M. Preuss, Trustee